| | | |
|---|---|---|
| AUSA: | Frank Dame | Telephone: (313) 226-9100 |
| Task Force Officer: | Michael Klenner | Telephone: (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.

Timothy Johnson

Case: 2:26−mj−30305
Assigned To : Unassigned
Assign. Date : 5/22/2026
Case No.   Description: RE: TIMOTHY JOHNSON (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 20, 2026 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |
| 21 U.S.C. § 841 | Possession with the intent to deliver controlled substances |
| 18 U.S.C. § 924(c) | Using a firearm during and in relation to a drug trafficking crime |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Klenner, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
*Judge's signature*

Date: _May 22, 2026_____

City and state: _Detroit, MI_____

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Michael Klenner, Task Force Officer for the Bureau of Alcohol, Tobacco,

Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Detective Sergeant with the Michigan State Police and begun

my tenure with MSP on March 1st, 2015. I am a Task Force Officer with the

Bureau of Alcohol, Tobacco, Firearms and Explosives and began my tenure with

the ATF on July 23, 2025. I am currently assigned to the Detroit Homicide Task

Force, which is comprised of investigators from the Detroit Police Department,

Michigan State Police and the ATF.

2.      Prior to becoming an ATF TFO, I was a uniform trooper, Detective

trooper and a Detective Sergeant, where I worked various specialty assignments,

including directed patrol, undercover narcotics, and special investigations.

3.      This affidavit is in support of a criminal complaint and application for

an arrest warrant for Timothy Johnson for felon in possession of firearms, 18

U.S.C. § 922(g)(1); Possession with intent to deliver controlled substances, 21

U.S.C. § 841; and use of a firearm during a crime of violence or drug trafficking,

18 U.S.C. § 924(c)—all committed on May 20, 2026.

4.      The facts in this affidavit come from my personal observations,

training, experience, and information obtained from ATF Special Agents, TFOs,

Police Officers, Detectives, and witnesses. This affidavit is intended to show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

**PROBABLE CAUSE**

5.      On May 20, 2026, Detectives from the Metro Narcotics Enforcement Team (MNET) executed a search warrant at a residence on Wilshire Street in the city of Detroit in connection with an ongoing narcotics investigation in Metro Detroit. Throughout their investigation, MNET Detectives observed Johnson interacting with various other narcotics dealers and conducting hand to hand narcotics sales from the residence.

6.      When detectives arrived at the Wilshire St. address, two adults and three young children were present inside the residence, including Johnson.

7.      Detectives searched the northeast bedroom, which belonged to Johnson due to detectives locating his wallet inside the bedroom with his federal prison identification card in it. Furthermore, Detectives only located male clothing and shoes inside the bedroom along with mail addressed to Johnson. They found twelve firearms and additional firearm accessories in the following places in Johnson's bedroom:

        a.  A loaded Cobra Derringer CB38 (SN: CT178333) pistol in the nightstand next to Johnson's bed.

2

b.  A loaded Smith and Wesson .357 magnum (SN: CAL0992) pistol in a suitcase on the floor. Eastpointe PD reported this gun stolen.

c.  A loaded Ruger 44 Magnum (SN: 55005760) pistol in a suitcase on the floor. The Genesee County Sheriff's Office reported this gun stolen.

d.  A loaded EAA Corp Rifle with an obliterated serial number under the bed.

e.  A loaded Bora Arms BR-99 (SN: 1301931) shotgun under the bed.

f.  A loaded Molot 12-gauge (SN: VPP3866) shotgun under the bed.

g.  A loaded Riley Defense 7.62 caliber (SN: B03138) rifle under the bed.

h.  A loaded Taurus 9mm (SN: TCU74573) pistol under the bed in a black rifle bag. The Chapel Hill North Carolina Police Department reported this gun stolen.

i.  A loaded FN 45 caliber (SN: FX3U031509) pistol under the bed in a black rifle bag.

j.  A loaded Smith and Wesson M & P 15 (SN: SV06522) rifle with a drum magazine under the bed in a black rifle bag.

k.  A loaded Ruger LCP 380 caliber (SN: 371538957) pistol under the bed in a black rifle bag.

3

l.   A loaded fully automatic Colt M4-A1 .556 (SN: W386600) rifle equipped with a light, laser, Sig Sauer Romeo optic (SN: 99P009586TLE), and Surefire rifle suppressor (SN: A52N02134) under the bed in a black rifle bag. The Taylor Police Department reported this gun and accessories stolen.

m.  A SilencerCo Omega 300 rifle suppressor (SN: OMG17462) in a brown case under the bed.

n.   A SilencerCo Osprey suppressor (SN: OSP4529354) in a brown case under the bed.

8.   MNET detectives continued to search Johnson's residence.

9.   In the living room, the detectives found another firearm and controlled substances. On top of a cabinet in the living room, they found a loaded FN 5.7 (SN: 386430885) pistol next to 74 grams of brown powder in a plastic Ziplock bag. The brown powder was tested on the MX908 drug analyzer and returned as a commonly used cut substance for fentanyl. Nearby, on the living room coffee table, they found 52.2 grams of a brown substance in a clear plastic bag. The brown substance was tested on the MX908 drug analyzer and returned as positive for Fentanyl. Near the living room couch they found a red iPhone in a black case.

10.     Detectives also found various amounts of U.S. currency and various rounds of ammunition and rifle and pistol magazines located throughout the residence.

11.     On May 21st, 2025, ATF Interstate Nexus Expert S/A Jimmie Pharr was provided with the make, model and caliber information related to the firearms seized from Johnson's registered residence. S/A Pharr concluded the firearms were manufactured outside the state of Michigan and thus would have traveled in and affected interstate or foreign commerce.

12.     On May 21, 2026, an ATF Industry Operations Intelligence Specialist queried Johnson for any National Firearms Registration and Transfer Records, the results indicated Johnson does not have any NFA firearms registered to him.

13.     I reviewed records related to Johnson's criminal history and learned the following:

   a. On May 23rd, 2002, Johnson was found guilty of one count of Second Degree Murder in the 3rd Circuit Court in Wayne County Michigan, for which he was sentenced to 90 months to 15 years' incarceration.

   b. On September 9th, 2015, Johnson pleaded guilty in the U.S. District Court for the Eastern District of Michigan to two counts: Maintaining a Drug Premises, 18 U.S.C. § 856(a)(1), and possession with intent to distribute a controlled substance, 18 U.S.C. § 841(a)(1). He was

5

sentenced to 15 months' incarceration and three years' supervised release.

14.     After Johnson was Mirandized, he admitted to detectives several times that he knew he was a convicted felon and that he could not own, possess, or access firearms and ammunition. Johnson also advised all the firearms located in his residence were his and took responsibility for all of them.

## CONCLUSION

15.     Probable cause exists that Timothy Johnson, a convicted felon, was in possession of a firearms manufactured outside the state of Michigan, in violation of 18 U.S.C. § 922(g)(1); possessed with intent to deliver controlled substances, in violation of 21 U.S.C. § 841; and used a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

_____

Michael Klenner
ATF Task Force Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____

Hon. David R. Grand
United States Magistrate Judge

Date:    May 22, 2026

6